IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | C.A. No. B-03-93 |
| | § | |
| PEDRO SILVA, | § | |
| | § | |
|     Defendants. | § | |

### ORDER

BE IT REMEMBERED that on July 18, 2003, the Court **REFERRED** the above captioned case to Magistrate Judge Felix Recio to conduct pretrial matters pursuant to 28 U.S.C. § 636(b). Initial pretrial conference settings before Judge Tagle are **CANCELLED**, and new settings will be entered.

DONE this 18th day of July 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge