5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

DIRECTV, INC.                          *

vs                                     *    CIVIL ACTION NO. B03-093

PEDRO SILVA                            *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Scheduling Conference

**September 17, 2003, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:        U.S. Federal Building & Courthouse
              600 E. Harrison, 2nd Floor
              Brownsville, TX 78520

**BY ORDER OF THE COURT**

July 22, 2003

cc:     All Parties