Pe Cres

CAme to HAND on 8-20-03 2:00 PM

(6)

| RETURN OF SERVICE | CA B-03-93 |
|---|---|
| Service of the Summons and complaint was made by me[1] DATE: 8-26-03 2:00 Pm | |
| TITLE Deputy Constable Pct 2 | |

Check one box below to indicate appropriate method of service:

☑ Served personally upon the defendant.

Place where served: 3320 E. 14th St, Brownsville, TEXAS 78520

United States District Court
Southern District of Texas
FILED

AUG 27 2003

Michael N. Milby
Clerk of Court

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Signature of Server _[signed]_

Address of Server  974 E. Harrison St, Brownsville, TEXAS 78521

ABEL PEREZ JR.
Constable Pct. 2
Cameron County

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.