COURTROOM MINUTES: **Felix Recio Judge Presiding**
　　　　　　　　　　　Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **September 17, 2003 at 2:00 p.m.** |

---

CIVIL CASE NO. B-03-93

DIRECTV, INC.　　　　　　　　　*　　　　　Lecia Chaney

vs　　　　　　　　　　　　　　　*

Pedro Silva　　　　　　　　　　*

---

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
Defendant not present;

Ms Chaney states the defendant was served on 08/20/03 and an answer was due early this week;

The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.