UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| VS | * | CASE NO. B03-093 |
| PEDRO SILVA | * | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your <u>Request for Entry of Default and Default Judgment Against Pedro Silva</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ____  Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____  Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____  One or more of the following are not included beneath the attorney's signature:
   (a) state bar number; or
   (b) Southern District of Texas Federal Bar Number; or
   (c) office address including zip code; or
   (d) telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____  A copy of the filing was not provided (LR.5.2).

5. __X__  No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. ____  No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____  Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____  A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ____  Other: _____

The document is stricken from the record.

Date: <u>October 23, 2003</u>

_____
Felix Recio, United States Magistrate Judge