UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-093 |
| | § | |
| PEDRO SILVA, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Pedro Silva (Docket No. 11) is GRANTED. Furthermore, it is ORDERED that Defendant Silva is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Silva and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

(1) statutory damages in the amount of ten thousand dollars ($10,000.00)

(2) costs in the amount of two-hundred and ten dollars ($210.00)

(3) attorney's fees in the amount of four-hundred dollars ($400)

(4) post-judgment interest equaling _1.23_ % per annum.

In addition, Defendant Silva is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

DONE at Brownsville, Texas this _8_ day of _April_, 2004.

_____
Hilda Tagle
United States District Judge