15

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **DIRECTV** | § | |
| vs. | § | Civil Action Number B-03-093 |
| **PEDRO SILVA** | § | |

PURSUANT to the Court's Order of April 8, 2004, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, **Pedro Silva** on April 8, 2004.

MICHAEL N. MILBY
Clerk

By  *Maricela Perez*
Maricela Perez, Deputy Clerk